## IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| ESTATE OF KHIA EDGERTON (85091) | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 09-cv-01825 CCB |
| | ) | |
| UPI HOLDINGS, INC. D/B/A | ) | |
| UNRULY PRODUCTIONS, UNRULY RECORDS | ) | |
| AND UNRULY PRODUCTIONS, et. al | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S MEMORANDUM AT LAW IN OPPOSITION TO DEFENDANT PAUL GARDNER'S MOTION TO DISMISS**