# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF KHIA EDGERTON | : | |
| | : | |
| v. | : | Civil No. CCB-09-1825 |
| | : | |
| UPI HOLDINGS, INC., et al. | : | |

## MEMORANDUM

The Estate of Khia Edgerton has sued Paul W. Gardner, II, Shawn Caesar, and Scott Rice ("the defendants") for the unauthorized production and distribution of Khia Edgerton's musical work. On July 1, 2010, the court granted default judgment in favor of the Estate, and the parties proceeded with discovery to determine damages. Now pending before the court is the Estate's motion to compel discovery. For the following reasons, the Estate's motion will be denied.

Under the Local Rules, "[i]nterrogatories, requests for production, motions for physical and mental examination, and written deposition questions must be made at a sufficiently early time to assure that they are answered before the expiration of the discovery deadline set by the Court." Local Rule 104.2 (D. Md. 2011). On July 9, 2010, the court issued a scheduling order setting a discovery deadline for October 12, 2010. The court later granted the Estate's request to extend the discovery deadline to January 12, 2011. (*See* Nov. 2, 2010 Order, ECF No. 38.) Despite three additional months for discovery granted by the court, the Estate did not serve interrogatories or requests for production of documents on the defendants until January 11, 2011,

1

one day before the discovery deadline.[1] The Estate therefore did not give the defendants sufficient time to respond to the Estate's discovery requests before the discovery deadline, as is required by Local Rule 104.2. Accordingly, the Estate's motion to compel will be denied. A separate Order follows.

August  3, 2011                                                         /s/
Date                                                        Catherine C. Blake
                                                            United States District Judge

---

[1] The defendants allege that they did not receive notice of the requests for discovery until January 13, 2011, one day *after* the discovery deadline.